Alan Van Praag, Esq.
Edward W. Floyd, Esq.
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-5902
212.779.9910
avanpraag@evw.com
efloyd@evw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-7-12

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

BRITISH MARINE PLC,

                              Plaintiff,                    Case No.: 12 CV 8645 (AJN)(HP)

             -against-                                     ECF CASE

AAVANTI SHIPPING & CHARTERING LTD.,
ANIK INDUSTRIES, LTD. f/k/a MADHYA
PRADESH GLYCHEM INDUSTRIES LTD.,
and RUCHI SOYA INDUSTRIES LTD.

                              Defendants.
-----------------------------------------------------------------------x

## [Proposed Form Of]
## ORDER FOR ISSUANCE OF PROCESS OF
## MARITIME ATTACHMENT AND GARNISHMENT

       Upon reading the Verified Complaint in Admiralty, together with the accompanying

Declaration of Edward W. Floyd, dated ~~November~~ December 4, 2012, and the Court finding that the

conditions set forth in Rule B of the Supplemental Rules for Admiralty or Maritime Claims

appear to exist, it is this 6th day of ~~November~~ December 2012, by the United States District Court for the

Southern District of New York,

ORDERED that the Clerk shall issue Process of Maritime Attachment and Garnishment as prayed for in the Verified Complaint in Admiralty, against all tangible and intangible property belonging to or being held for the Defendants, or in which the Defendants have any property interest whatsoever, including but not limited to vessels and their appurtenances, shares of stock or other financial instruments, bank accounts, proceeds from all types of financial instruments (including but not limited to swaps and other derivatives), any type of collateral, credits, bills of lading, effects, debts and monies, insurance proceeds, freights, sub-freights, charter hire, sub-charter hire, demurrage and despatch monies, documents of title, materials, cargo or fuel of any type, judgments or awards or claims, and any other funds or property of any kind, in an amount of up to **$21,267,857.31,** as may be held, received or otherwise within the possession, custody or control of any garnishees within this District, including ~~but not limited to~~ Standard Chartered **A ℐ⅄** Bank, HSBC Bank, ABN Amro Bank, and Nordea Bank; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further order of the Court; and it is further

ORDERED that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED that a copy of this Order be served with the said Process of Maritime Attachment and Garnishment; and it is further

ORDERED that, pursuant to the provisions of Rule 4(c)(2) of the Federal Rules of Civil Procedure, the said Process of Maritime Attachment and Garnishment may be served by any person, who is at least 18 years old, and who is not a party to this action; and it is further

ORDERED that, following initial service by the United States Marshal or other designated person upon the garnishee, supplemental service of the Process of Maritime Attachment and Garnishment may thereafter be made by way of telefax transmission or other verifiable electronic means, including email, to each garnishee so personally served and such subsequent service by telefax or email, if transmitted from within this District, shall be deemed to have been made within this District; and it is further

ORDERED that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(F) each garnishee may consent, in writing, to accept service by any other means.

Dated: New York, New York
      December 6 , 2012

_____
U.S.D.J.